◾ In the Matter of DECLAN SPELMAN, Appellant, v CITY OF NEW YORK et al., Respondents. [3 NYS3d 608]—Order, Supreme Court, New York County (Michael D. Stallman, J.), entered on or about June 18, 2014, which denied petitioner's application for leave to serve a late notice of claim pursuant to General Municipal Law § 50-e, unanimously affirmed, without costs.

Supreme Court providently exercised its discretion in denying petitioner's application. While the absence of a reasonable excuse for the delay is not, standing alone, fatal to the application (*Matter of Porcaro v City of New York*, 20 AD3d 357, 358 [1st Dept 2005]), here petitioner did not demonstrate either that respondents received actual knowledge of the facts constituting his claims of negligence and Labor Law violations within the statutory period, or the absence of prejudice resulting from the delay (*see Mehra v City of New York*, 112 AD3d 417, 417-418 [1st Dept 2013]). Concur—Gonzalez, P.J., Acosta, Moskowitz, Richter and Feinman, JJ.